CHRISTMAN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 8, September Term, 1958.]

694

*Decided April 17, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The State concedes that, assuming the application to have been filed in time, the case must be remanded because of the failure of the trial court to appoint counsel for the defendant as an indigent person. *Byrd v. Warden,* 219 Md. 681, 147 A. 2d 701; *Sutton v. Warden,* 219 Md. 687, 149 A. 2d 375. We think the application was timely.

Application for leave to appeal granted and case remanded for further proceedings.